UNITED STATES DISTRICT COURT
WESTERN DISTRICT OF NORTH CAROLINA
CHARLOTTE DIVISION
DOCKET NO. 3:12-cv-00410-FDW-DSC

| | |
|---|---|
| MELISSA KENEKEO, ) | |
| ) | |
| Plaintiff, ) | |
| ) | |
| vs. ) | |
| ) | ORDER |
| LAW OFFICE OF VINCENT ) | |
| CIGNARALE, LLC & DOES 1-5, ) | |
| ) | |
| Defendants. ) | |
| ) | |

**THIS MATTER** is before the Court sua sponte regarding the representation of Plaintiff Melissa Kenekeo by Centennial Law Offices. In a cover sheet attached as an exhibit to Plaintiff's Response to Order to Show Cause, Centennial Law Offices states that:

> Ms. Kenekeo has received assistance with the drafting of her pleadings. We wanted to bring this to the court's attention. We expect to obtain local counsel to make an appearance for Ms. Kenekeo within the next 30-days. In the interim, Ms. Kenekeo is in [sic] Pro Se.

(Doc. No. 8-1). The cover sheet is signed by Anne Karsova, but does not include her title or position with the law firm.

The Court hereby ORDERS Centennial Law Offices to submit a written description of what work it has done for Plaintiff and its relationship to Plaintiff. Such information is to include, but not be limited to, whether Centennial Law Offices represents Plaintiff and, if so, when the representation commenced, the names of the attorneys who have taken part in the representation, and the scope of the representation. Centennial Law Offices is also directed to explain why local counsel has not yet been obtained in this matter, and to provide the job title

and employment position of Anne Karsova. Such information is to be provided to the Court by January 31, 2013.

    IT IS SO ORDERED.

Signed: January 23, 2013

Frank D. Whitney
United States District Judge