**UNITED STATES DISTRICT COURT**
**WESTERN DISTRICT OF NORTH CAROLINA**
**CHARLOTTE DIVISION**
**DOCKET NO. 3:12-cv-00410-FDW-DSC**

| | | |
|---|---|---|
| **MELISSA KENEKEO,** | ) | |
| | ) | |
| **Plaintiff,** | ) | |
| | ) | |
| **vs.** | ) | |
| | ) | **ORDER** |
| **LAW OFFICE OF VINCENT** | ) | |
| **CIGNARALE, LLC & DOES 1-5,** | ) | |
| | ) | |
| **Defendants.** | ) | |
| | ) | |

**THIS MATTER** is before the Court sua sponte. Plaintiff Melissa Kenekeo moved for entry of default in this case, (Doc. No. 7), which was entered by the Clerk's Office on November 26, 2012. (Doc. No. 9). Nearly two months later, Plaintiff has not moved for default judgment in this case. Accordingly, unless Plaintiff files a motion for default judgment within seven (7) days from the issuance of this Order, this case will be DISMISSED. This motion must contain a specific amount of damages and other remedies that Plaintiff seeks awarded in this case, including a total dollar figure and an itemized breakdown. Plaintiff is to provide a specific dollar amount (not a range) for the total amount and for each individual item.

IT IS SO ORDERED.

Signed: February 25, 2013

Frank D. Whitney
United States District Judge